IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RUBEN DOMINGUEZ | § § | |
| vs. | § § | Civil Action No. 1:23-cv-01426 |
| HOME DEPOT U.S.A., INC. | § | **JURY DEMANDED** |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, HOME DEPOT U.S.A., INC. ("Home Depot") and files this its Notice of Removal on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332 et. seq., 28 U.S.C. § 1441 et. seq., and 28 U.S.C. § 1446 *et. seq.*, and would respectfully show the Court as follows:

1.   Home Depot is the Defendant in a civil action pending in the 395th Judicial District Court of Williamson County, Texas entitled *Ruben Dominguez v. Home Depot, U.S.A., Inc.*; Cause No. 23-2351-C395 (hereinafter referred to as the "State Court Action"). As required by 28 U.S.C. §§ 1446(a), attached hereto as Exhibit "A" is the Index of Documents filed with the Notice of Removal, Exhibit "B" includes the State Court Action Documents which includes a certified copy of the docket sheet (Case Summary) and true and correct copies of all process, pleadings, and orders served upon Home Depot in the State Court Action, and Exhibit "C" is a List of All Parties and Counsel, and Civil Cover Sheet.

2.   The State Court Action was filed on or about October 24, 2023 and named Home Depot as the sole defendant.  Home Depot was served with the Original Petition on October 25, 2023. In his Original Petition, Plaintiff alleged that on or about August 16, 2023, he was an invitee on the Home Depot premises.  While Plaintiff shopping for fence posts, a feeble cable line above Plaintiff that was holding fence posts broke, causing multiple fenceposts to fall onto Plaintiff.

3.      Plaintiff's Original Petition stated that he is seeking monetary relief over $250,000.00. See Exhibit B-2 ¶3. Thus, it is facially apparent from Plaintiff's Original Petition that Plaintiff is seeking damages in excess of $75,000, such that the amount in controversy requirement for diversity jurisdiction is satisfied.

4.      This Notice of Removal is timely filed by Home Depot within thirty (30) days of service upon it of the first pleading or other paper form from which it could be determined that the amount in controversy is in excess of $75,000, exclusive of costs. *See* 28 U.S.C. § 1446(b).

## **DIVERSITY OF CITIZENSHIP**

5.      Plaintiff is, and was, at the time of the filing of this action, a citizen of the State of Texas.

6.      Home Depot is and was at the time of the alleged incident and the filing of this lawsuit, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. Home Depot is thus a citizen of the States of Delaware and Georgia.

7.      Consequently, the district courts of the United States have original jurisdiction over this action based on complete diversity of citizenship amongst and between the parties, in that Plaintiff and Home Depot are now, and were at the time this action commenced, diverse in citizenship from each other.

8.      Under 28 U.S.C. § 1446(a), venue of the removed action is proper in this Court as it is in the district and division embracing the place where the State Court Action is pending.

9.      Pursuant to 28 U.S.C. § 1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal

with the District Clerk of Williamson County, Texas, where the State Court Action was previously pending.

10. **Jury Demand** – Home Depot hereby requests trial by jury on all issues and claims in this cause.

WHEREFORE, PREMISES CONSIDERED, Defendant, **Home Depot U.S.A., Inc.**, hereby removes the case styled *Cause No. 23-2351-C395; Ruben Dominguez v. Home Depot, U.S.A., Inc.; In the 395th District Court of Williamson County, Texas,* and respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court including, but not limited to, issuing any orders necessary to stay proceedings in the State Court Action.

        Respectfully submitted,

        **BROTHERS, ALVARADO, PIAZZA & COZORT, P.C.**

By:*/s/ Karen M. Alvarado*
    Karen M. Alvarado
    State Bar No. 11067050
    Federal ID: 10880
    10333 Richmond, Suite 900
    Houston, Texas 77042
    Tel: (713) 337-0750
    Fax: (713) 337-0760
    service-alvarado@brothers-law.com *
*\*All service pursuant to TRCP 21 on Ms. Alvarado must be to this email or it will be considered invalid*

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of Defendant's Notice of Removal was served upon the following counsel of record in compliance with Rule 5 of the Federal Rules of Civil Procedure on this the 17th day of November, 2023, via electronic service on counsel's email address

Jose Ponce
DASPIT LAW FIRM, PLLC
440 Louisiana Street, Suite 1400
Houston, Texas 77002

**BROTHERS, ALVARADO, PIAZZA & COZORT, P.C.**

By: */s/ Karen M. Alvarado*
   Karen M. Alvarado