# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **RUBEN DOMINGUEZ,** *Plaintiff,* | § § § | |
| v. | § § | No. 1:23-cv-01426-DH |
| **HOME DEPOT U.S.A., INC.,** *Defendant* | § § § | |

## ORDER

On this date, the Court issued an order granting the parties' agreed motion to dismiss with prejudice, Dkt. 46. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that each party bear its own costs and attorneys' fees.

SIGNED August 14, 2025.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE